CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on July 27, 2023**

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 20–17915–CLC
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Adara M Rodriguez
aka Adara Morrighan Rodriguez, aka Adara Rodriguez
1502 Old Cave Spring Rd. SW
Rome, GA 30161

SSN: xxx–xx–3696

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.